AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TOP VALUE DISTRIBUTORS, LLC, a limited liability company, *Plaintiff(s)* v. CARLOS OCHOA, individually *Defendant(s)* | Civil Action No. 1:25-cv-24901-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Carlos Ochoa
8139 NW 108 Place
Doral, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christian Sanchelima, Esq.
Sanchelima and Associates, P.A.
235 SW 42nd Ave, Coral Gables, FL 33134, United States

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 24, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts